

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 8, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                                                           **CHAPTER 13:**

**JOHN EARL JONES**                                                                   **NO. 22-00638 JAW**

### AGREED ORDER

### DENYING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Notice and Motion to Dismiss for non-payment (Docket #40) and Debtor's Response (Docket #41). Thus, having considered the matter and finding the parties in agreement, the court finds the Trustee's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Trustee's Motion to Dismiss is hereby denied.

**IT IS FURTHER ORDERED** that the Trustee shall amortize the delinquency over the remaining life of the plan and amend the plan and wage order accordingly.

### #END OF ORDER#

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Letitia S. Johnson | /s/ Allison Killebrew |
| Letitia S. Johnson, MSB# 102724 | Allison W. Killebrew MSB# 102431 |
| Attorney on behalf of Chapter 13 Trustee | George Adam Sanford MSB# 103482 |
| David C. Rawlings | McRaney & McRaney |
| Standing Chapter 13 Trustee (Interim) | PO Drawer 1397 |
| P. O. Box 31980 | Clinton, MS 39060 |
| Jackson, MS  39286-1980 | 601-924-5961 |
| Off: (601) 981-9100 | Fax : 601-924-1516 |
| Fax: (601) 981-9888 | Email: allisonwkillebrew@gmail.com |